# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL ENGEN,

        Plaintiff,

        v.

INTERNAL REVENUE SERVICE and
UNKNOWN AGENTS,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C13-1024 RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

      THE COURT HAS ORDERED THAT this case shall be DISMISSED without prejudice pursuant to 28 U.S.C. 1915(e)(2).

Dated this 19th day of June 2013.

                                    WILLIAM McCOOL

                                    Clerk

                                    /s/ Rhonda Stiles
                                    Deputy Clerk