UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL ENGEN,<br><br>                Claimant,<br><br>   v.<br><br>INTERNAL REVENUE SERVICE and UNKNOWN AGENTS,<br><br>                Defendants. | CASE NO. C13-1024-RSM<br><br>MINUTE ORDER |

     The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

     In response to the Referral Notice from the Ninth Circuit Court of Appeals (Dkt. # 14), the Court hereby finds that the appeal is frivolous and revokes plaintiff's *in forma pauperis* status.

     Dated this 25th day of July 2013.

                                                      William M. McCool, Clerk

                                                    /s/ Rhonda Stiles
                                                      Deputy Clerk

MINUTE ORDER - 1